UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYN GAVIN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FCOF PM EQ LLC, et al.,<br><br>    Defendants. | Case No. 14-cv-04582-JCS<br><br>**ORDER TO SHOW CAUSE RE APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 2 |

On October 14, 2014, Plaintiffs Lynn Gavin and Bamidele Hambolu filed a complaint against a number of defendants related to events surrounding Plaintiff Gavin's eviction. Dkt. 1. The same day, Plaintiff Hambolu filed an Application to Proceed In Forma Pauperis ("IFP"). Dkt. 2. The Court requires additional information to determine whether IFP status is warranted.

First, Hambolu's application states that Hambolu's "only income is financial," but does not state the amount of "financial" income. Hambolu should file a revised IFP application listing the amount of any income.

Second, Plaintiffs have not paid a filing fee or filed an IFP application on behalf of Lynn Gavin. "As only one filing fee need be paid per case, and not per plaintiff, either one filing fee must be paid, or *each plaintiff* must qualify as in forma pauperis." *Cooke v. Harpum*, No. C 08-00016 SBA, 2008 WL 1859051, at *3 (N.D. Cal. April 23, 2008) (emphasis added). Gavin must therefore either file an IFP application or pay the filing fee in order to proceed.

Accordingly, **no later than November 12, 2014**, Plaintiffs must either (1) pay the filing fee for this action, or (2) file an Application to Proceed In Forma Pauperis on behalf of Gavin and a revised Application to Proceed In Forma Pauperis on behalf of Hambolu.

Plaintiffs are encouraged to consult with the Federal Pro Bono Project's Legal Help Center

1  in either of the Oakland or San Francisco federal courthouses.  The San Francisco Legal Help
2  Center office is located in Room 2796 on the 15th floor at 450 Golden Gate Avenue, San
3  Francisco, CA 94102.  The Oakland office is located in Room 470-S on the 4th floor at 1301 Clay
4  Street, Oakland, CA 94612.  Appointments can be made by calling (415) 782-8982 or signing up
5  in the appointment book located outside either office.  Lawyers at the Legal Help Center can
6  provide basic assistance to parties representing themselves but cannot provide legal representation.

**IT IS SO ORDERED.**

Dated: October 21, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge