UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN GAVIN, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>FCOF PM EQ LLC, et al.,<br><br>      Defendants. | Case Nos. 14-cv-04582-RS, 14-cv-04583-RS, 14-cv-04975-RS<br><br>**ORDER DISMISSING ACTIONS** |

The three related complaints herein were previously dismissed, with leave to amend. Plaintiffs were advised to file an amended complaint or complaints no later than December 17, 2014. To date, plaintiffs have filed no amended complaint or complaints and appear to have abandoned these actions. This is not the first time plaintiffs have initiated litigation in this court and then failed to pursue it. *Hambolu v. San Francisco Housing Authority, et al.*, No. 14-cv-03020-JSC (N.D. Cal. Sept. 11, 2014) (dismissing action filed by same plaintiffs for failure to prosecute); *Gavin v. Arntz, et al*., No. C-13-0056-PJH, 2013 WL 4672763 (N.D. Cal. Aug. 30, 2013) (noting same plaintiff's continued failure to participate in proceedings despite notice of potential dismissal for failure to prosecute). Accordingly, these related actions are dismissed with prejudice and the Clerk shall close the files.

**IT IS SO ORDERED**.

Dated: January 21, 2015

_____
RICHARD SEEBORG
United States District Judge